IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KALI S. SUNTOKE,

        CASE NO. 2:15-CV-01354
   Petitioner,        JUDGE JAMES L. GRAHAM
        Magistrate Judge Elizabeth P. Deavers

   v.

WARDEN, CHILLICOTHE
CORRECTIONAL INSTITUTION,

   Respondent.

## OPINION AND ORDER

Petitioner has filed a *Motion for Reconsideration* (ECF No. 34) of this Court's denial of his *Motion to Request the State to Produce Records of Various Transcripts and Documents of Court Records* (ECF No. 19) and *Motion to Order the Respondent to Supply to the Court and to the Petitioner the Complete Medical History and Cancer Report* (ECF No. 20). *Opinion and Order* (ECF No. 33.)

Petitioner again argues that documents, including a copy of the transcript of the April 8, 2013, hearing at which the trial court denied his request for a continuance, if it exists, a transcript of grand jury proceedings, his medical records, and copies of allegedly withheld police investigative reports which, he alleges, contain unspecified information establishing his innocence, should be made a part of the record before this Court. For the reasons already discussed, however, this Court remains unpersuaded that Petitioner has established good cause for his requests under Rules 6 and 7 of the Rules Governing Section 22545 Cases. Petitioner has failed to raise any grounds for reconsideration of this Court's decision.

Petitioner's *Motion for Reconsideration* (ECF No. 34) therefore is **DENIED.**

**IT IS SO ORDERED.**

Date: August 31, 2016                     _____s/James L. Graham_____
                                          JAMES L. GRAHAM
                                          United States District Judge