IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

KALI S. SUNTOKE,

    Petitioner,

- vs -

Warden,
  Chillicothe Correctional Institution

    Respondent.

Case No. 2:15-cv-1354

District Judge James L. Graham
Magistrate Judge Michael R. Merz

## ORDER ADOPTING REPORTS AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations (ECF No. 70) and Supplemental Report and Recommendations (ECF No. 80) of United States Magistrate Judge Michael R. Merz, to whom this case was referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed to the Supplemental Report and Recommendations, and that the time for filing such objections under Fed. R. Civ. P. 72(b), as extended, has expired, the court hereby ADOPTS the Report and Recommendations and the Supplemental Report and Recommendations. Petitioner's objections (ECF No. 78) to the Report and Recommendations are denied.

Accordingly, it is hereby ORDERED that the Petition herein be DISMISSED WITH PREJUDICE and the Clerk enter judgment to that effect. Because reasonable jurists would not disagree with this conclusion, Petitioner is DENIED a certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

February 14, 2019

                                                s/James L. Graham
                                                James L. Graham
                                                United States District Judge